IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 3:08-00164

NICHOLAS R. CHAPMAN

**ORDER**

For reasons appearing to the Court, the pretrial motions hearing currently scheduled in this matter for October 6, 2008, at 3:00 p.m. will now be held on October 6, 2008, at **3:30 p.m.**

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:   October 1, 2008

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE